THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* ANTHONY RABASOVICH, Appellant.

*Crimes — murder in the first degree — judgment of conviction affirmed.*

(Argued December 5, 1922; decided January 9, 1923.)

APPEAL from a judgment of the Supreme Court,
rendered June 26, 1922, at a Trial Term for the county of
Kings, upon a verdict convicting the defendant of the
crime of murder in the first degree.

*Denis R. O'Brien* for appellant.

*John E. Ruston, District Attorney (Ralph E. Hemstreet*
of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.